IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-01550-MEH

NANCY RIVERA,

    Plaintiff,

v.

CREDIT CONTROL, LLC,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(i) [filed July 24, 2014; docket # 8]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 24th day of July, 2014.

                                      BY THE COURT:

                                      */s/ Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge